UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JENKINS,<br>　　　　　Petitioner,<br>　　v.<br>L. A. MARTINEZ,<br>　　　　　Respondent. | Case No. 23-cv-05121-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Alonzo Jenkins challenges convictions he received in Merced County, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 84(b), 1404(a), 2241(d); Habeas L.R. 2254-3(b).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 8, 2023

_____
WILLIAM H. ORRICK
United States District Judge